James M. Lindsay, State Bar No. 164758
**LINDSAY LAW CORPORATION**
21 Natoma Street, Suite 160
Folsom, California 95630
Telephone: (916) 294-7573
Facsimile:  (916) 294-7583

Attorney for Plaintiff

James D. Nguyen, State Bar No. 179370
Nicolas A. Jampol, State Bar No. 244867
**DAVIS WRIGHT TREMAINE LLP**
865 S. Figueroa Street, 24th Floor
Los Angeles, California 90017
Telephone: (213) 633-6800
Facsimile:  (213) 633-6899

Attorneys for Defendant Nordstrom, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CAPP, on behalf of himself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>NORDSTROM, INC., a Washington corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　　　Defendants. | Case No. 2:13-CV-00660-MCE-AC<br><br>**NOTICE OF SETTLEMENT** |

**TO THE COURT AND THE CLERK OF THE COURT:**

Plaintiff Robert Capp ("Capp") and Defendant Nordstrom, Inc. ("Nordstrom") hereby notify this Court that they have reached a confidential settlement in this matter. The parties have agreed to the principal terms of a confidential settlement and are working to prepare and finalize a written settlement agreement. The parties anticipate it will take approximately 30 days to complete the written settlement agreement and dismiss the case with prejudice.

Dated: September 23, 2015        LINDSAY LAW CORPORATION

By:    /s/ James M. Lindsay
       James M. Lindsay

Attorney for Plaintiff Robert Capp

Dated: September 23, 2015        DAVIS WRIGHT TREMAINE LLP

By:    /s/ James D. Nguyen
       James D. Nguyen

Attorneys for Defendant Nordstrom, Inc.