1  James M. Lindsay, State Bar No. 164758
   **LINDSAY LAW CORPORATION**
2  21 Natoma Street, Suite 160
   Folsom, California 95630
3  Telephone:  (916) 294-7573
   Facsimile:   (916) 294-7583
4
   Attorney for Plaintiff
5
   James D. Nguyen, State Bar No. 179370
6  Nicolas A. Jampol, State Bar No. 244867
   **DAVIS WRIGHT TREMAINE LLP**
7  865 S. Figueroa Street, 24th Floor
   Los Angeles, California 90017
8  Telephone:  (213) 633-6800
   Facsimile:   (213) 633-6899
9
   Attorneys for Defendant Nordstrom, Inc.
10

11

12                      **UNITED STATES DISTRICT COURT**

13                      **EASTERN DISTRICT OF CALIFORNIA**

14

15  ROBERT CAPP, on behalf of himself and all ) Case No. 2:13-CV-00660-MCE-AC
    others similarly situated,                )
16                                             ) **STIPULATED DISMISSAL WITH**
                          Plaintiff,           ) **PREJUDICE**
17                                             )
          vs.                                  )
18                                             )
    NORDSTROM, INC., a Washington              )
19  corporation; and DOES 1 through 50,        )
    inclusive,                                 )
20                                             )
                          Defendants.          )
21                                             )
                                               )
22  _____)

23

24

25

26

27

28

STIPULATED DISMISSAL WITH PREJUDICE
DWT 28121274v1 0099614-000001

1    Plaintiff Robert Capp ("Capp") and Defendant Nordstrom, Inc. ("Nordstrom") hereby

2  agree and stipulate that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil

3  Procedure, the above-captioned action shall be dismissed in its entirety with prejudice.

4  The parties are to bear their own costs and attorneys' fees.

5

6  Dated: October 29, 2015          LINDSAY LAW CORPORATION

7                                   By:  /s/ James M. Lindsay
8                                           James M. Lindsay

9                                   Attorney for Plaintiff Robert Capp

10

11  Dated: October 29, 2015         DAVIS WRIGHT TREMAINE LLP

12                                  By:  /s/ James D. Nguyen
                                            James D. Nguyen
13

14                                  Attorneys for Defendant Nordstrom, Inc.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

STIPULATED DISMISSAL WITH PREJUDICE
DWT 28121274v1 0099614-000001