UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CAPP, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>  vs.<br><br>NORDSTROM, INC., a Washington corporation; and DOES 1 through 50, inclusive,<br><br>                Defendants. | Case No. 2:13-CV-00660-MCE-AC<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

In accordance with the parties' stipulation, and good cause appearing, this action is dismissed in its entirety, with prejudice. Each party shall bear their own costs and attorneys' fees. The matter having now been concluded, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: November 2, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

ORDER DISMISSING ACTION WITH PREJUDICE
DWT 28216414v1 0099614-000001

1